**Order entered September 10, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01545-CV

**BROYHILL FURNITURE INDUSTRIES, Appellant**

**V.**

**RANDY MURPHY AND DAVE SHAFFER, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-13276**

## ORDER
Before Justices Francis, Lang, and Evans

The August 30, 2013 motion of appellees Randy Murphy and Dave Shaffer d/b/a Southwest Furniture Brokers to expedite issuance of the mandate is **DENIED**.


/s/      MOLLY FRANCIS
        JUSTICE